# IN THE COURT OF APPEALS OF IOWA

No. 24-0648
Filed February 19, 2025

**DREW M. WILSHIRE-GERDES,**
    Applicant-Appellant,

**vs.**

**IOWA BOARD OF PAROLE,**
    Respondent-Appellee.
_____

Appeal from the Iowa District Court for Polk County, Coleman McAllister, Judge.

An inmate appeals a district court ruling on his petition for judicial review, which affirmed the Iowa Board of Parole's denial of his conditional release on parole. **AFFIRMED.**

Drew M. Gerdes, Newton, self-represented appellant.

Brenna Bird, Attorney General, and John R. Lundquist, Assistant Attorney General, for appellee.

Considered by Schumacher, P.J., and Badding and Chicchelly, JJ.

**SCHUMACHER, Presiding Judge.**

Inmate Drew Wilshire-Gerdes (Gerdes), currently serving a ten-year sentence on a first-degree theft conviction, appeals as a self-represented litigant from the district court ruling on Gerdes's petition for judicial review. The district court affirmed the Iowa Board of Parole's denial of Gerdes's conditional release on parole.

After a thorough review of the case precedent and the appellate record, we detect no error of law in the district court's ruling. Accordingly, we affirm without further opinion under Iowa Court Rule 21.26(1)(d).

**AFFIRMED.**